William L. Pegg, PC
BY: William L. Pegg Jr., 5528
133 Washington Street
Morristown, NJ 07960
(973) 540-0202
FX: (973) 984-6666
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---

In Re: : Chapter 7
  Laurie J. Rieger
Last four digits of Social Security
  Number: 7369

                                  : Judge Morris Stern
            Debtor,

                                  : Case No. 11-38180

---

### AFFIDAVIT OF LAURIE RIEGER

Laurie J. Rieger, of full age and being duly sworn upon my oath, hereby Deposes and says:

1. I filed this petition for relief under Chapter 7 of the Bankruptcy Code on September 27, 2011.

2. At the time of the filing, I claimed as exempt personal property, one 2003 Jeep Liberty SUV, serial number 1J4GL 48K83W657532 (hereinafter automobile), in which collateral, Capital One Auto Finance, POB 260848, Plano, TX 75026-0848 is a secured creditor.

3. The date of the security agreement I signed with Capital One Auto Finance is January 31, 2006. This instrument has not been revised and is the debt instrument in force today.

4. At the time of filing, I owed to Capital One Auto approximately $9,000.

5. I use this automobile for personal, family and household use and claimed the automobile as exempt property pursuant of 11 USC sec. 522.

6. At the time of filing, the automobile was in poor condition with approximately 246,000 miles.

7. I believe the fair market value of the automobile at the time of filing was $1,000. I derive this amount by taking the Kelly Blue Book value, $2600, copy attached as Exhibit One, and subtracting four repair estimates totaling in excess of $1,600. I attached these 4 estimates as Exhibit TWO.

8. Upon approval by the court, I am in a position to redeem the automobile for $1,000 cash pursuant to 11 USC sec. 722.

9. Attached as Exhibit Three is the latest statement I have received from Capital One Auto Finance. In early 2008 Capital One refused to accept my payments on the automobile. I called several times and spoke with several representatives only to be told that payments would not be accepted as the file had been closed! Apparently the file has also been lost.

10. I am concerned lest I pay the redemption amount ordered by the court to Capital One only to be advised they are unable to locate the title certificate to the automobile.

11. I therefore respectfully request that I be allowed to redeem my automobile from Capital One by paying the sum of $1,000 within 30 days of the entry of an order or within 30 days of the entry of discharge, whichever occurs later, but that said sum be held in escrow in the trust account of my attorney until such time as Capital One provides him with the title to the car or obtains a proper duplicate title to the automobile in a form which can be registered in my name with the NJ Division of Motor Vehicles.

Dated: November 29, 2011                               /s/ Laurie J. Rieger

County of Morris, State of New Jersey: SS                    (JURAT)
Sworn to and subscribed before
me, a Notary Public of the State
of New Jersey on this 29th day of November, 2011

/s/ Gina Nilson

---

**GINA B. NILSEN**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 7/6/2016**



EXHIBIT ONE

Est.

# AUTO REPAIR ORDER

**Hoffman Classic Motor Cars, L.T.D.**
211 Flicksville Road
Flicksville, PA. 18050
Dealer I.D. # 08813774

NAME: Lauril RIEGER
ADDRESS: P.O. Box 261
CITY, STATE: PEAPACK NJ 07977

DATE: 10- -2011
YEAR - MAKE - MODEL: 2003 Jeep Liberty    MOTOR 3.7
LICENSE NO.: UJU-32J    ODOMETER: 246,529

| Qty | Part | Price |
|---|---|---|
| 1 | Valve Cover kt | 91.78 |
| 6 | Spark plugs | 21.00 |
| 1 | Cleaner | 3.95 |
| 1 | PCV Valve | 9.00 |
| | | 125.73 |

Oil leak: Remove & renew
Valve cover gaskets + me for    237.50
Cleaning gunk

Remove & renew broken PCV hoses    24.00

Remove & Replace spark plugs    80.00

LABOR ONLY    341.50

TOTAL    341.50

EXHIBIT TWO

Est:

**Hoffman Classic Motor Cars, LT.D.D.**
211 Flicksville Road
Flicksville, PA. 18050

# AUTO REPAIR ORDER

**NAME:** Mauri RIEGER
**ADDRESS:** P.O. Box 261
**CITY, STATE:** PEAPACK NJ 07977

| Qty | Description | Price |
|---|---|---|
| 1 | Water Pump | 107.91 |
| 1 | Tensioner | 126.15 |
| 1 | Coolant | 13.95 |
| | | 296.81 |

**DATE:** 8/11-2011
**YEAR-MAKE-MODEL:** 2003 Jeep Liberty
**LICENSE NO.:** UIU-32J
**ODOMETER:** 246,524
**WRITTEN BY:** DH

Remove & Renew water pump &
belt tensioner

110.00

**LABOR ONLY:** 110.00
**PARTS:** 296.81

**TOTAL:** 406.81

AUTO REPAIR ORDER

GT3870 A 3/03     adams     GT3870     3 Part

Est

**AUTO REPAIR ORDER**

Hoffman Classic Motor Cars, LTD.
211 Ficksville Road
Ficksville, P.A. 18050
Dealer I.D. # 08613774

NAME: Lauri RIEGER
ADDRESS: P.O. Box 261
CITY, STATE: PEAPACK NJ 07977

| QTY | NAME OF PART | PRICE |
|---|---|---|
| 1 | heater core | 142.75 |
| 1 | gal coolant | 13.50 |
| 2 | ignition coils | 99.80 |
| | | 255.05 |

DATE: 
YEAR • MAKE • MODEL: 2003 Jeep Liberty

No heat: Remove & Renew heater core, drain & flush system, clean coolant expansion tank, run thru heat cycles, heat in interior works OK — A/C compressor — 735.00

(Coils are for previous bill)

LABOR ONLY: 725.00
PARTS: 255.05
TAX: 
TOTAL: 950.25

# WASHINGTON GULF
## INTEGRITY AND EXCELLENCE

LAURIE RIGGER
PO BOX 261
PEAPACK NJ 07977
(973)540-0202 (973)476-5103

149 WASHINGTON ST
MORRISTOWN, NJ 07960
(973)998-6525

Year Make.  2003 Jeep Liberty Sport
Engine      V6  3.7L 4Spd/TA  4WD  Vin:K
License     UJU32J
MLG in/out  250079 / 250079
Vin

Date 11/11/11   Schedule 11/11/11        INVOICE : 2552        11:58AM   Page 1

| REMARKS AND LABOR DESCRIPTIONS | HRS | PRICE | PARTS & LUBRICANTS | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| Oil Change Service: | | 5.00 | KIT-LOF REGULAR | 1.00 | inc | 0.00 |
| 1. Drain & Replace Motor Oil Up To 5Qt* | | | LOF REGULAR: Parts & Materials | 1.00 | 24.95 | 24.95 |
| 2. Install New Oil Filter | | | Motor Oil | 4.50 | inc | inc |
| 3. Lube Chassis* | | | REPLACEMENT OIL FILTER | 1.00 | inc | inc |
| 4. Top Off Fluids and Check Tire Pressure | | | lucas oil additive(N) | 1.00 | 20.00 | 20.00 |
| 5. Courtesy Inspection Performance Check | | | RELAY with update from Jeep for cooling fan | 1.00 | 85.00 | 85.00 |
| Recommend Servicing as a Part of Preventive Mainte | | | RADIATOR FAN assembly 800rad01 | 1.00 | 157.50 | 157.50 |
| nance Every 3,000 Miles | | | | | | |
| replace relay | | 95.40 | | | | |
| replace fan | | 39.75 | | | | |

| DATE | TIME | PHONE | APPROVED | AMOUNT |
|---|---|---|---|---|

I acknowledge notice and oral approval of an increase in the original estimated price

CASH / CASH

All Parts Are New Unless Shown As (U) Used or (R) Rebuilt

Labor    140.15
Sublet     0.00

This vehicle will be reassembled within 3 days of the date shown above if I donot authorize the recommended services.

X ..................................................
ACCEPTANCE   SIGNATURE
I accept the charges and terms of this agreement.

Parts & Lubricants      287.45
EPA                       0.00
SHOP                      0.00
Gasoline                  0.00
Sub Total               427.60
Sales Tax                29.93
Deposit                   0.00
Disc. Applied             0.00
TOTAL                   457.53
BALANCE DUE               0.00

I authorize the above repairs and necessary materials. Your employees may operate vehicle for inspection, testing, delivery at my risk. You will not be responsible for loss or damage to vehicle or items left in it. I agree to pay reasonable storage on vehicle left more that 3 working days after notification that job is completed. Labor is guaranteed 90 days or 4000 miles whichever occurs first. All other guarantees are made by the manufacturer. Warrantee work based on this bill must be performed at this shop. All parts are new unless specified as (U) used or (R) rebuilt. REMOVED PARTS WILL BE DISPOSED OF UNLESS I INITIAL HERE_____.

# In a hurry? Short on time?

**CarPay is Fast.** With CarPay, payments are made via telephone. Simply call 1-800-946-0332 by 5:00 p.m. (Eastern time)[1] and make your payment the same day for a fee[2].

Please provide the following information when you call CarPay at 1-800-946-0332:
- Capital One Auto Finance® Account Number (see statement below)
- Your Personal Identification Number (PIN), which is the last four digits of your Social Security Number (to ensure your privacy and protection)
- Your Checking Account Number
- Your bank's Routing Number (printed directly on your check–we'll help you locate it)

No checks to write • Payment processed the same day[1] • Maintain a good payment history    **Call 1-800-946-0332**

[1] Requests made after 5:00 p.m. (Eastern time) will be processed the next business day.
[2] The fee is charged for each transaction, except where prohibited by law. You can also pay online at www.capitalone.com for no fee. See reverse for Important Disclosures regarding this service.

# CarPay
## ...a simple way to pay on time

---

**CapitalOne | auto finance**

**Important Messages Regarding Your Account:**

There is an unpaid amount from your last payment due date. If you have already paid this amount, thank you. If you have not yet sent in your payment for the past due amount, please do so prior to the Payment Due Date reflected on this statement.

## Account Summary

| | |
|---|---|
| Account Number | 1011596 |
| Loan Type | 1001 |
| Statement Date | 11/14/2007 |
| Payment Due Date | 12/02/2007 |
| Past Due Amount | $309.08 *Payable Immediately* |
| Current Amount Due | $314.54 |
| Late Fees | $10.00 |
| Other Fees | $0.00 |
| Miscellaneous Fees | $0.00 |
| Total Amount Due | $633.62 |
| Account Balance* | $9,385.10 |

* Your Account Balance contains all account activity up to the time this statement was generated. Any account activity that has occurred since this statement is not reflected in the Account Balance above. In order to obtain an exact payoff amount and instructions for payoff, please call Customer Service toll free at 1-800-946-0332.

Please write your account number on your check or money order. Make your checks payable to Capital One Auto Finance and mail it in the enclosed envelope.
**If you are sending in a Principal Only Payment, please notate this on your check so that it can be applied correctly.**

**Send Payments To:**
Capital One Auto Finance
P. O. BOX 93016
Long Beach, CA 90809-3016

**Send Inquiries, Payoffs and Principal Only payments to:**
Capital One Auto Finance
PO Box 260848
Plano, TX 75026-0848

If you have questions about your account, please call Customer Service at 1-800-946-0332 and provide your account number, shown at the top of this statement. We may monitor and record all contacts with you to assure quality service.

*EXHIBIT THREE*

See important disclosures on reverse side