UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William L. Pegg Jr.
133 Washington Street
Morristown, N.J. 07960
(973) 540-0202
Attorney for the Debtor

**FILED**
JAMES J. WALDRON, CLERK

**JAN 0 3 2012**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Laurie J. Rieger

Case No.:       11-38180

Adv. No.:

Hearing Date:   January 3, 2012

Judge:          Morris Stern

ORDER FOR REDEMPTION UNDER 11 U.S.C. §722
~~CAPTION OF ORDER~~

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

1/3/12

[signature]

1. The court finds that the value of the vehicle, a 2003 Jeep Liberty SUV, serial number 1J4GL 48K83W657532, to be $1,000, ~~as of the time of the filing of the petition for relief in this matter~~.

2. The debtor may redeem this vehicle from the lien held by Capital One Auto Finance, POB 260848, Plano, TX 75026-0848 upon payment, within 15 days of the date of this order, of $1,000 into the trust account of her attorney, William L. Pegg Jr., said sum to be held in escrow, nevertheless, pending the receipt of a clear title certificate to the automobile in a form which can be registered in her name with the NJ Division of Motor Vehicles.

3. In the event the original title to the vehicle has been lost, Capital One Auto Finance shall within 90 days, obtain a lost title duplicate certificate clear of all liens, and present it to the Debtor's attorney in exchange for the release of the escrowed funds.

4. THE ABOVE-REFERENCED VEHICLE IS DEEMED ABANDONED UNDER 11 USC §554(a).